NUMBER
13-10-00306-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

IRENE PENA,                                                                                   Appellant,

 

                                                             v.

 

 

R. J. GRIFFIN &
COMPANY, ET AL.,                                           Appellees.

____________________________________________________________

 

                             On
Appeal from the 275th District Court

                                        of
Hidalgo County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

             Before Chief
Justice Valdez and Justices Rodriguez and Garza 

Memorandum Opinion
Per Curiam

 








This
appeal was abated by this Court on June 16, 2010, and the parties were ordered
to mediation.  On July 26, 2010, the mediator notified this Court that the
parties had settled all issues and the
Clerk of the Court notified the parties that they should file a motion to
dismiss the appeal.  On December 14, 2010, the parties notified the Court that the
settlement was still in process.  On May 16, 2011, this Court sent a letter to
the parties inquiring as to the status of the settlement and received no
response.  On July 21, 2011, the
Court ordered the parties to file an advisory regarding the status of the
appeal and, if applicable, a motion to reinstate the appeal or a motion to
dismiss the appeal.  The order notified the parties that failure to respond to
the order would result in the dismissal of the appeal for want of prosecution. 


The
parties have failed to respond.  Accordingly, we reinstate and dismiss the
appeal for want of prosecution.  See Tex.
R. App. P. 42.3(b).

 

PER
CURIAM

 

Delivered and filed the

30th day of August, 2011.